## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Hericson Torres**

|  |  |
|---|---|
| **Debtor 1** | **Chapter:** 7 |
|  | **Case No.:** **24-bk-01601-MJC** |

### ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B122A-1 Chapter 7 Statement of Your Current Monthly Income

B 122A-1 Supp - Chapter 7 Statement of Exemption from Presumption of Abuse under §707(b)(2)

B 122A-2 Chapter 7 Means Test Calculation

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 6, 2024