# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 9/6/2024 |
| Case: 5:24–bk–01601–MJC | Form ID: pdf010 | Total: 24 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jill E. Durkin | jilldurkinesq@gmail.com |
| aty | Larry E Butler | secured@becket–lee.com |
| aty | Mario J. Hanyon | wbecf@brockandscott.com |
| aty | Ryan Starks | ryan.starks@brockandscott.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Hericson Torres | 325 Five Springs Road | Stroudsburg, PA 18360 | |
| cr | Freedom Mortgage Corporation | 11988 Exit 5 Pkwy | Bldg 4 | Fishers, IN 46037 |
| cr | Toyota Motor Credit Corporation | c/o Becket and Lee LLP | PO Box 3002 | Malvern, PA 19355–0702 |
| cr | Atlas Acquisitions LLC | 492C Cedar Lane, Ste 442 | Teaneck, NJ 07666 | |
| 5630091 | AMERICAN EXPRESS | P.O. BOX 981537 | EL PASO, TX 79998 | |
| 5645474 | Atlas Acquisitions LLC | 492C Cedar Lane, Ste 442 | Teaneck NJ 07666 | |
| 5627015 | Freddie Mac (Federal Home Loan Mortgage Corporation) | 6555 Excellence Way | Plano, TX 75023 | |
| 5627017 | Freedom Mortgage Corporation | 951 W Yamato Road, Suite 175 | Boca raton FL 33431 | |
| 5627018 | KML Law Group, P.C. | 701 Market Street, Suite 5000 | Philadelphia, PA 19106–1532 | |
| 5627014 | MERSCORP Holdings, Inc. | 11819 Miami St., Ste 100 | Omaha, NE 67164 | |
| 5630085 | NISSAN NORTH AMERICA INC | ONE NISSAN WAY | FRANKLIN, TN 37067–6367 | |
| 5630086 | NISSAN WORLD LLC | 146 ROUTE 22 WEST | SPRINGFIELD, NJ 07081 | |
| 5630087 | PENFED CREDIT UNION | P.O. BOX 1432 | ALEXANDRIA, VA 22313 | |
| 5627013 | PrimeLending, A PlainsCapital Company | 18111 Preston Hond, Suite 900 | Dallas, TX 75252 | |
| 5630089 | ROUTE 31 IMPORTS LLC | 2017 ROUTE 31 | CLINTON, NJ 08809 | |
| 5627016 | Roundpoint Mortgage Servicing | P.O. Box 19789 | Charlotte, NC 28219–9409 | |
| 5630090 | TOYOTA FINANCIAL SERVICES | P.O. BOX 5855 | CAROL STREAM, IL 60197–5855 | |
| 5630088 | TOYOTA MOTOR NORTH AMERICA INC | 6565 HEADQUARTERS DR | PLANO, TX 75024 | |
| 5629586 | Toyota Motor Credit Corporation | c/o Becket and Lee LLP | PO Box 3002 | Malvern PA 19355–0702 |

TOTAL: 19